UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Boards of Trustees,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| vs. | : | Case No. 2:15-CV-2150 |
| | : | Judge Smith |
| **The Velotta Company,** | : | Magistrate Judge Kemp |
| | : | |
| **Defendant.** | : | |

### ORDER OF DEFAULT JUDGMENT

IT APPEARS that Defendant The Velotta Company has been regularly served with a Summons and Complaint and has failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired and the default of said Defendant has been duly entered according to law.

NOW, THEREFORE, upon Plaintiffs' Motion for Default Judgment, judgment is hereby entered against Defendant in pursuance of the prayer of said Complaint.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that Plaintiffs Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs have and recover from The Velotta Company the sum of Fifty Thousand Seven Hundred Forty-Nine Dollars and Thirty-Nine Cents ($50,749.39), including unpaid fringe benefit contributions through May, 2015, and prejudgment interest and liquidated damages, plus attorneys' fees of Two Thousand Two Hundred Thirty-One Dollars and Twenty-Five Cents ($2,231.25), plus interest from the time of judgment at the rate of 1% per month, and the costs of this action.

**IT IS SO ORDERED.**

       *s/ George C. Smith*
       **UNITED STATES DISTRICT JUDGE**

APPROVED:

    *s/Steven L. Ball*
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road – Suite 1
Columbus, OH  43220
(614) 447-8550
Trial Attorney for Plaintiffs